CELLINO & BARNES, P.C.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

IN RE: BEXTRA AND CELEBREX ) **Case No. 08-3712 CRB**
MARKETING SALES PRACTICES AND )
PRODUCT LIABILITY LITIGATION ) **MDL NO. 1699**
                               ) **District Judge: Charles R. Breyer**
                               )
MARCIA ANDERSON-VANCE,         )
                               ) **STIPULATION AND ORDER OF**
                     Plaintiff, ) **DISMISSAL WITH PREJUDICE**
                               )
vs.                            )
                               )
PFIZER INC.,                   )
PHARMACIA CORPORATION, and     )
G.D. SEARLE, LLC,              )
                    Defendants. )
                               )

Come now the Plaintiff, MARCIA ANDERSON-VANCE, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to

the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED:   June 1, 2010          **CELLINO & BARNES, P.C.**

By:

Brian A. Goldstein, Esq.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

DATED:  10/6 , 2010                DLA PIPER LLP (US)

                          By:  _____/__s__/_____
                               Matthew A. Holian, Esq.
                               Attorneys for Defendants
                               33 Arch Street, 26th Floor
                               Boston, Massachusetts 02110-1447
                               (617) 406-6009


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED**

Dated: 10/14/2010

_____
Hon. Charles R. Breyer
United States District Court